# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LMT ASSOCIATES, LLC | CIVIL ACTION |
|---|---|
| v. | NO. 17-3565 |
| THE OHIO CASUALTY INSURANCE COMPANY | |

## ORDER

And NOW, this 29 day of June, 2018, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Defendant's Motion for Partial Summary Judgment, filed pursuant to Federal Rule of Civil Procedure 56 (ECF No. 19) is GRANTED.

The case shall proceed only as to Count I of the Complaint.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 17\17-3565 LMT Associates v Ohio Casualty\Order re Partial MSJ.docx